

PAUL D. ACKERMAN
Partner
(212) 415-9372
FAX (212) 953-7201
ackerman.paul@dorsey.com

April 26, 2012

**VIA ECF**

Honorable Magistrate Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

    Re:    **KMC Exim Corp. v. Pacific World Corp.
Case No. 1:11-cv-00225 (LDW)(EIB)**

Dear Judge Brown:

    We are counsel for KMC Exim Corporation ("KMC"), the plaintiff in the above-captioned action. This letter is provided in accordance with the Court's Order dated March 26, 2012. We have conferred with counsel for Pacific World Corporation ("PWC") and PWC joins in this submission.

    To date, no agreement has been reached, but the parties continue to engage in settlement discussions. Given the nature of the current discussions, the parties do not believe that a settlement conference before Your Honor is needed at this time.

                            Respectfully submitted,

                             */s/ Paul Ackerman*

                            Paul D. Ackerman

cc: Counsel of record *via* ECF

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 212.415.9200 • F 212.953.7201
51 WEST 52ND STREET • NEW YORK, NEW YORK 10019-6119
USA   CANADA   EUROPE   ASIA-PACIFIC