IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
KMC EXIM CORPORATION, : Civil Action No.
: 11-cv-00225
Plaintiff, :
:
-v- :
:
PACIFIC WORLD CORPORATION, :
:
Defendant. :
:
---------------------------------------------------------------- X

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KMC Exim Corporation, and Defendant, Pacific World Corporation, through their respective counsel of record, that, pursuant to a settlement agreement ("Agreement") entered into between the parties hereto on June 22, 2012, all claims of Plaintiff, KMC Exim Corporation in this action are hereby dismissed with prejudice, the counterclaim of Defendant, Pacific World Corporation is dismissed with prejudice insofar as it is directed to infringement and is dismissed without prejudice insofar as it is directed to invalidity, and, further, that the Court shall maintain jurisdiction for purposes of enforcing the terms of the Agreement.

| | |
|---|---|
| **DORSEY & WHITNEY L.L.P.**<br><br>By: _____<br>Gary Abelev (GA 7934)<br>Paul D. Ackerman (PA 1538)<br><br>51 West 52nd Street<br>New York, New York 10019-6119<br>Tel.: (212) 415-9372<br>Fax: (212) 953-7201<br>Email: ackerman.paul@dorsey.com<br><br>Attorneys for Plaintiff | **NIXON PEABODY**<br><br>By: _____<br>James W. Weller (JWW 0545)<br>50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753-2728<br>(516) 832-7500<br><br>and<br><br>Pamela J. Ruschau (PR2151)<br>Jeffrey Turner<br>**LEYDIG, VOIT & MAYER, LTD.**<br>Two Prudential Plaza – Suite 4900<br>Chicago, Illinois 60601<br>(312) 616-5600<br><br>Attorneys for Defendant |

SO ORDERED.


Dated:_____           _____
                                      United States District Judge

2